UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
GEORGE HENDERSON JR.
SHIRLEY A HENDERSON,        Debtor(s).

Case No. 09-16280
Chapter 7

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

COMES NOW, Ginger Goddard, duly appointed Trustee herein, and reports that all orders of the Court have been complied with and that pursuant to the Notice of Final Report, all checks have been issued and mailed to creditors at their last known addressed.

The following check(s) have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report are checks payable to the Clerk of the Court for these amounts in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER-CLAIMANT & ADDRESS | CHECK # | AMOUNT |
|---|---|---|
| 4-CASH N CHECK<br>  2913 EPPERLY DR<br>  DEL CITY OK 73115 | 109 | $4.16 |

Respectfully submitted,

/s/ Ginger Goddard
Ginger Goddard, OBA # 3416
224 W. Gray St
Suite 202
Norman, OK  73069
(405) 329-5297
TRUSTEE